JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL PANIAGUA,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>            Respondent. | CASE NO. 2:20-cv-7613-JFW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: September 2, 2020

_____
HON. JOHN F. WALTER
U.S. DISTRICT JUDGE